# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re: BINION, BILL GARISON  §  Case No. 17-12947-B
     BINION, ADRIANA ANGELES  §
    §
Debtor(s)  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 31, 2017. The undersigned trustee was appointed on August 01, 2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $          67,666.56

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 140.24 |
| Bank service fees | 265.52 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 67,260.80 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 02/28/2018 and the deadline for filing governmental claims was 01/27/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,633.33. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $6,633.33, for a total compensation of $6,633.33.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $78.36, for total expenses of $78.36.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/01/2018      By: /s/Randell Parker
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-12947-B  
**Case Name:** BINION, BILL GARISON  
  BINION, ADRIANA ANGELES  
**Period Ending:** 03/01/18

**Trustee:** (001630) Randell Parker  
**Filed (f) or Converted (c):** 07/31/17 (f)  
**§341(a) Meeting Date:** 08/29/17  
**Claims Bar Date:** 02/28/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  9136 Val Di Chiana Dr., Bakersfield, CA 93314, K | 430,500.00 | 0.00 | | 0.00 | FA |
| 2  8623 Mainsail Dr., Bakersfield, CA 93312 | 251,000.00 | 3,391.04 | | 0.00 | FA |
| 3  Cash | 200.00 | 0.00 | | 0.00 | FA |
| 4  Attach 5: Union Bank (Acct 7927) | 189.00 | 0.00 | | 0.00 | FA |
| 5  Attach 6: Wells Fargo (Acct. 6824) | 10.72 | 0.00 | | 0.00 | FA |
| 6  Savings account: Bank of America (Acct. 4117) | 32.86 | 32.86 | | 0.00 | FA |
| 7  Attach 12: Fidelity Investments | 76.34 | 0.00 | | 0.00 | FA |
| 8  Household Goods | 2,500.00 | 0.00 | | 0.00 | FA |
| 9  Attach 2 - Laptops, iPads,1 Apple Desk Top | 1,200.00 | 0.00 | | 0.00 | FA |
| 10  Wearing Apparel | 1,500.00 | 0.00 | | 0.00 | FA |
| 11  Misc. Jewelry | 1,500.00 | 0.00 | | 0.00 | FA |
| 12  Golf Clubs, Skis, Bicycles | 750.00 | 0.00 | | 0.00 | FA |
| 13  Attach 3, Weapons | 4,300.00 | 0.00 | | 0.00 | FA |
| 14  Term Life Insurance Policy (Acct. 3183): Adriana | 0.00 | 0.00 | | 0.00 | FA |
| 15  Term Life Insurance Policy (Acct. 3472): Bill Bi | 0.00 | 0.00 | | 0.00 | FA |
| 16  Term Life Insurance Policy (Acct. 3610): Adriana | 0.00 | 0.00 | | 0.00 | FA |
| 17  Attach 14: Jackson National Life Insurance | 5,384.87 | 0.00 | | 0.00 | FA |
| 18  Attach 15: Jackson National Life Insurance | 5,495.99 | 0.00 | | 0.00 | FA |
| 19  Attach 13: Kern Schools Wealth Management IRA | 12,735.11 | 0.00 | | 0.00 | FA |
| 20  Precision Drilling Consulting, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 21  Attach 4 - B&B Logistic, Inc. | 25.23 | 0.00 | | 0.00 | FA |
| 22  Binion Exploration & Development, | 0.00 | 0.00 | | 0.00 | FA |
| 23  Attach 16: Note Secured by Deed of Trust | 78,611.56 | 67,666.56 | | 67,666.56 | FA |
| 24  Claim for $2500 Attorney Fees Paid to Vincent A. | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 25  2017 Volvo XC-60, 5000 miles | 26,624.00 | 8,721.00 | | 0.00 | FA |
| 26  2013 GMC Sierra, 184000 miles | 10,583.00 | 0.00 | | 0.00 | FA |
| 27  Attach 1, 2004 Ford F350 Crew | 13,742.00 | 891.34 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-12947-B  
**Case Name:** BINION, BILL GARISON  
BINION, ADRIANA ANGELES  
**Period Ending:** 03/01/18  

**Trustee:** (001630) Randell Parker  
**Filed (f) or Converted (c):** 07/31/17 (f)  
**§341(a) Meeting Date:** 08/29/17  
**Claims Bar Date:** 02/28/18  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | 2001 Chrysler Sebring, 105000 miles, Paid- Vehic | 200.00 | 200.00 | | 0.00 | FA |
| 29 | 2002 Alfa Sun-30RL 280 | 9,150.00 | 0.00 | | 0.00 | FA |
| 30 | 2016 PJ 40ft Flat Bed Trailer, Purchase Agreemen | 9,750.00 | 0.00 | | 0.00 | FA |
| 31 | Attach 7-11: KSFCU Accounts (5)<br>Attach 7: 640-1    $ 0<br>Attach 8: 370    $ 8.66<br>Attach 9: 230-1    $ 15.01<br>Attach 10: 230-9   $ 10.56<br>Attach 11:101-1   $ 41.62<br>Total          $ 75.85 | 75.85 | 0.00 | | 0.00 | FA |
| 32 | Attach 17: Whole Life Ins Policy 2830 | 1,128.00 | 0.00 | | 0.00 | FA |
| 32 | **Assets**   Totals (Excluding unknown values) | **$869,764.53** | **$83,402.80** | | **$67,666.56** | **$0.00** |

**Major Activities Affecting Case Closing:**

    This case was filed on July 31, 2017, and Randell Parker was appointed as trustee. The 341 meeting was concluded on December 19, 2017. The bar date for filing claims expired on February 28, 2018.

    Trustee has examined the debtors under oath as to their financial affairs. Trustee has performed a comprehensive analysis of the bankruptcy petition and schedules for non exempt assets, transfers, and preferences. The Trustee has completed his review of the debtors' financials including tax returns, bank statements, wage statements and other financials as requested by and provided to the Trustee.

    Debtors sold property to a family member and held back a note. We worked with a realtor that specializes in commercial properties and determined that the property was sold for fair market value, establishing that this was not a preference or transfer for no value. The purchaser of the property paid the note in full and turned it over to the bankruptcy estate, funds are on hand.

    When the claims bar date passes, claims will be reviewed and we will close this case. The priority creditors will share in the distribution.

    Claims have been reviewed and are in order. Admin and priority creditors will receive a distribution.

**Initial Projected Date Of Final Report (TFR):**     June 15, 2018     **Current Projected Date Of Final Report (TFR):**     June 15, 2018

Filed 04/12/18     Case 17-12947     Doc 41

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 17-12947-B  
**Case Name:** BINION, BILL GARISON  
BINION, ADRIANA ANGELES  
**Taxpayer ID #:** **-***7769  
**Period Ending:** 03/01/18  

**Trustee:** Randell Parker (001630)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/05/17 | {23} | alba pimental | payoff of note receivable | 1129-000 | 67,666.56 | | 67,666.56 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.12 | 67,598.44 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.95 | 67,491.49 |
| 02/01/18 | 101 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2018 FOR CASE #17-12947, bond # 016048575 | 2300-000 | | 140.24 | 67,351.25 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.45 | 67,260.80 |
| | | | **ACCOUNT TOTALS** | | 67,666.56 | 405.76 | **$67,260.80** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 67,666.56 | 405.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$67,666.56** | **$405.76** | |

Net Receipts : 67,666.56  
Net Estate : $67,666.56

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1066** | 67,666.56 | 405.76 | 67,260.80 |
| | **$67,666.56** | **$405.76** | **$67,260.80** |

{} Asset reference(s)                            Printed: 03/01/2018 05:35 PM     V.13.30

# Claims Register

### Case: 17-12947-B    BINION, BILL GARISON

Claims Bar Date: 02/28/18

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Randell Parker<br>3820 Herring Road<br>Arvin, CA 93203<br><2100-00   Trustee Compensation>,  200 | Admin Ch. 7<br>07/31/17 |  | $6,633.33<br>$6,633.33 | $0.00 | $6,633.33 |
|  | Randell Parker<br>3820 Herring Road<br>Arvin, CA 93203<br><2200-00   Trustee Expenses>,  200 | Admin Ch. 7<br>07/31/17 |  | $78.36<br>$78.36 | $0.00 | $78.36 |
| 1P | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952<br><5800-00   Claims of Governmental Units>,  570 | Priority<br>08/17/17 | Amended on 11/30/17 see claim 1P-2 | $0.00<br>$0.00 | $0.00 | $0.00 |
| 1P-2 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952<br><5800-00   Claims of Governmental Units>,  570 | Priority<br>08/17/17 | 5882 OR 9601<br><br>Amendment to 1P | $6,560.72<br>$6,560.72 | $0.00 | $6,560.72 |
| 1U | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/17/17 | Amended on 11/30/17 see claim 1U-2 | $0.00<br>$0.00 | $0.00 | $0.00 |
| 1U-2 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/17/17 | 5882 OR 6901<br><br>Amendment to 1U-2 | $1,667.38<br>$1,667.38 | $0.00 | $1,667.38 |
| 2 | Daimler Trust<br>PO Box 5209<br>Carol Stream, IL 60197-5209<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/31/17 | 5001 | $24,226.38<br>$24,226.38 | $0.00 | $24,226.38 |
| 3P | Internal Revenue Service<br>P O Box 7317<br>Philadelphia, PA 19101-7317<br><5800-00   Claims of Governmental Units>,  570 | Priority<br>09/06/17 |  | $134,381.17<br>$134,381.17 | $0.00 | $134,381.17 |
| 3U | Internal Revenue Service<br>P O Box 7317<br>Philadelphia, PA 19101-7317<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/06/17 |  | $23,532.65<br>$23,532.65 | $0.00 | $23,532.65 |

# Claims Register

## Case: 17-12947-B    BINION, BILL GARISON

Claims Bar Date: 02/28/18

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | Bank of America, N.A.<br>P O Box 15102<br>Wilmington, DE 19886-5102<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/11/17 | 3756 | $11,670.35<br>$11,670.35 | $0.00 | $11,670.35 |
| 5 | PYOD, LLC its successors and assigns<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/17/17 | 1004<br>Citibank, Best Buy | $3,706.45<br>$3,706.45 | $0.00 | $3,706.45 |
| 6 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41031<br>Norfolk, VA 23541<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/21/17 | 7491<br>Gap Visa or GEMB or BECRB | $4,304.90<br>$4,304.90 | $0.00 | $4,304.90 |
| 7 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41031<br>Norfolk, VA 23541<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/21/17 | 6883<br>Dicks Master Card GEMB or GECRB | $481.09<br>$481.09 | $0.00 | $481.09 |
| 8 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41031<br>Norfolk, VA 23541<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/22/17 | 2128<br>Banana Republic Visa or GEMB or GECRB | $3,884.84<br>$3,884.84 | $0.00 | $3,884.84 |
| 9 | Sheffield Financial<br>PO Box 1847<br>Wilson, NC 27894-1847<br><4210-00 Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>, 999 | Secured<br>12/06/17 | 6117 | $9,829.90<br>$9,829.90 | $0.00 | $9,829.90 |
| 10 | Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083-0280<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/11/18 | 8522<br>Citi Visa | $21,449.70<br>$21,449.70 | $0.00 | $21,449.70 |
| 11 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/18/18 | 0981<br>Macys | $313.89<br>$313.89 | $0.00 | $313.89 |

# Claims Register

## Case: 17-12947-B    BINION, BILL GARISON

Claims Bar Date: 02/28/18

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12 | Kern Schools Federal Credit Union<br>P O Box 9506<br><br>Bakersfield, CA 93389<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,   999 | Secured<br>01/23/18 | 9601<br><br>GMC Sierra | $25,370.46<br>$25,370.46 | $0.00 | $25,370.46 |
| 13 | Kern Schools Federal Credit Union<br>P O Box 9506<br><br>Bakersfield, CA 93389<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,   999 | Secured<br>01/23/18 | 9601<br><br>02 Alfa | $8,772.77<br>$8,772.77 | $0.00 | $8,772.77 |
| 14 | Kern Schools Federal Credit Union<br>P O Box 9506<br><br>Bakersfield, CA 93389<br><7100-00   General Unsecured § 726(a)(2)>,   610 | Unsecured<br>01/23/18 | 9601<br><br>04 Ford | $1,927.78<br>$1,927.78 | $0.00 | $1,927.78 |
| 15 | First Home Bank<br>c/o Jeri McCall<br>700 Central Avenue<br>St. Petersburg, FL 33701<br><7100-00   General Unsecured § 726(a)(2)>,   610 | Unsecured<br>01/25/18 | 9601 | $305,451.25<br>$305,451.25 | $0.00 | $305,451.25 |
| 16 | Kern County Treasurer Tax Collector<br>1115 Truxtun Ave<br>Bakersfield, CA 93301<br><4700-00   Real Property Tax Liens (pre-petition)>,   999 | Secured<br>02/06/18 | | $3,651.74<br>$3,651.74 | $0.00 | $3,651.74 |
| BOND | International Sureties, LTD.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139<br><2300-00   Bond Payments>,   200 | Admin Ch. 7<br>07/31/17 | | $140.24<br>$140.24 | $140.24 | $0.00 |
| | | | **Case Total:** | | **$140.24** | **$597,895.11** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-12947-B
Case Name: BINION, BILL GARISON
Trustee Name: Randell Parker

**Balance on hand:** $ 67,260.80

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 67,260.80

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Randell Parker | 6,633.33 | 0.00 | 6,633.33 |
| Trustee, Expenses - Randell Parker | 78.36 | 0.00 | 78.36 |

Total to be paid for chapter 7 administration expenses: $ 6,711.69
Remaining balance: $ 60,549.11

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 60,549.11

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $140,941.89 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P-2 | FRANCHISE TAX BOARD | 6,560.72 | 0.00 | 2,818.51 |
| 3P | Internal Revenue Service | 134,381.17 | 0.00 | 57,730.60 |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 60,549.11 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 402,616.66 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U-2 | FRANCHISE TAX BOARD | 1,667.38 | 0.00 | 0.00 |
| 2 | Daimler Trust | 24,226.38 | 0.00 | 0.00 |
| 3U | Internal Revenue Service | 23,532.65 | 0.00 | 0.00 |
| 4 | Bank of America, N.A. | 11,670.35 | 0.00 | 0.00 |
| 5 | PYOD, LLC its successors and assigns | 3,706.45 | 0.00 | 0.00 |
| 6 | Synchrony Bank | 4,304.90 | 0.00 | 0.00 |
| 7 | Synchrony Bank | 481.09 | 0.00 | 0.00 |
| 8 | Synchrony Bank | 3,884.84 | 0.00 | 0.00 |
| 10 | Citibank, N.A. | 21,449.70 | 0.00 | 0.00 |
| 11 | Department Stores National Bank | 313.89 | 0.00 | 0.00 |
| 14 | Kern Schools Federal Credit Union | 1,927.78 | 0.00 | 0.00 |
| 15 | First Home Bank | 305,451.25 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | | Total to be paid for subordinated claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**